Poltorak & Associates, P.C.
Elie C. Poltorak, Esq. (EP0770)
*Attorneys for Plaintiff*
1650 Eastern Parkway, Suite 400
Brooklyn, NY 11233
Telephone: (718) 943-8815
Facsimile: (718) 943-8816

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, a limited liability company, | Case No.: 08-cv-03698 |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| L-3 COMMUNICATIONS ILEX SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, Acticon Technologies LLC ("Acticon") complains against L-3 Communications ILEX Systems, Inc. ("Defendant") as follows:

**THE PARTIES**

1.  Acticon is a limited liability company organized and existing under the laws of the State of New York, with its principal place of business at Montebello Park, 75 Montebello Road, Suffern, New York 10901-3740.

2.   On information and belief, Defendant L-3 Communications ILEX Systems, Inc., is a corporation organized and existing under the laws of the State of Delaware, having a place of business at 600 Third Avenue, New York, New York 10016.

## JURISDICTION AND VENUE

3.   This action arises under the patent laws of the United States of America, Title 35 of the United States Code. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a).

4.   On information and belief, Defendant is doing business and committing infringements in this judicial district and is subject to personal jurisdiction in this judicial district.

5.   Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 and § 1400(b).

## CLAIMS FOR PATENT INFRINGEMENT

6.   Plaintiff, Acticon, repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 5 above.

7.   On July 29, 1986, U.S. Patent No. 4,603,320 ("the '320 patent") was duly and legally issued for an invention entitled "Connector Interface." The '320 patent has successfully emerged from reexamination proceedings before the U.S. Patent and Trademark Office with all claims unamended. A copy of the '320 patent, and its reexamination certificate, is attached to this Complaint as Exhibit 1.

8.   On November 20, 1990, U.S. Patent No. 4,972,470 ("the '470

patent") was duly and legally issued for an invention entitled "Programmable Connector." The '470 patent has successfully emerged from reexamination proceedings before the U.S. Patent and Trademark Office with all claims unamended. A copy of the '470 patent, and its reexamination certificate, is attached to this Complaint as Exhibit 2.

9. Acticon is the owner of all right, title and interest in and to the '320 patent and the '470 patent, and has the right to sue and collect damages for the past infringement thereof.

**COUNT ONE**

10. Plaintiff, Acticon, repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 9 above.

11. Defendant has directly infringed and/or contributorily infringed and/or induced infringement of the '320 patent by importing, making, using, offering for sale and/or selling, and by inducing others to use, offer to sell and/or sell, products that come within the scope of the '320 Patent, without permission from Acticon. Upon information and belief, such products include, but are not limited to, Defendant's SFC 101 Secure Fax Cards.

12. Plaintiff, Acticon, was damaged by the Defendant's infringing activities and seeks damages for said past infringement.

**COUNT TWO**

13. Plaintiff, Acticon, repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 12

above.

14. Defendant has directly infringed and/or contributorily infringed and/or induced infringement of the '470 patent by importing, making, using, offering for sale and/or selling, and by inducing others to use, offer to sell and/or sell, products that come within the scope of the '470 Patent, without permission from Acticon. Upon information and belief, such products include, but are not limited to, Defendant's SFC 101 Secure Fax Cards.

15. Plaintiff, Acticon, has been damaged by Defendant's infringing activities, and will be irreparably harmed unless such infringing activities are enjoined by this Court.

**COUNT THREE**

16. Plaintiff, Acticon, repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 15 above.

17. Defendant's infringement has been willful and deliberate, with knowledge of the '320 and '470 Patents, justifying the assessment of treble damages pursuant to 35 U.S.C. §284 and attorneys' fees pursuant to 35 U.S.C. §285.

**PRAYER FOR RELIEF**

WHEREFORE, THE Plaintiff, Acticon prays for judgment against the Defendant on all counts and for the following relief:

A.   Declaration that the Plaintiff is the owner of the '320 patent, and that the Plaintiff has the right to sue and to recover for infringement thereof;

B.   Declaration that the '320 patent was valid and enforceable;

C.   Declaration that the Defendant has infringed, actively induced infringement of, and/or contributorily infringed the '320 patent;

D.   Declaration that the Plaintiff is the owner of the '470 patent, and that the Plaintiff has the right to sue and to recover for infringement thereof;

E.   Declaration that the '470 patent is valid and enforceable;

F.   Declaration that the Defendant has infringed, actively induced infringement of, and/or contributorily infringed the '470 patent;

G.   An accounting for damages under 35 U.S.C. §284 for infringement of Acticon's '320 and '470 patents by the Defendant, and the award of damages so ascertained to the Plaintiff, Acticon, together with interest as provided by law;

H.   A judgment that the Defendant is a willful infringer and an award of treble damages to the plaintiff, Acticon, pursuant to 35 U.S.C. §284 against the Defendant;

I.   Award of reasonable attorney's fees to the Plaintiff,

Action, pursuant to 35 U.S.C. §285;

J. Award of Action's costs and expenses; and

K. Such other and further relief as this Court may deem proper, just and equitable.

## DEMAND FOR JURY TRIAL

The Plaintiff, Acticon, demands a trial by jury of all issues properly triable by jury in this action.

Dated this 14th day of April, 2008

Respectfully submitted,

POLTORAK & ASSOCIATES, P.C.

By: _____/S/_____
    Elie C. Poltorak, Esq. (EP0770)
*Attorneys for Plaintiff*
1650 Eastern Parkway, Suite 400
Brooklyn, NY 11233
Telephone: (718) 943-8815
Facsimile: (718) 943-8816