# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ACTICON TECHNOLOGIES LLC, a limited liability company

Plaintiff,

-v-

L-3 COMMUNICATIONS ILEX SYSTEMS, INC.,

Defendant.

Case No. 08-cv-03698

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ACTICON TECHNOLOGIES LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

General Patent Corporation International, a New York Corporation

**Date:** April 14, 2008

/S/

**Signature of Attorney**

**Attorney Bar Code:** EP0770