UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case # CIV 3698

ACTICON TECHNOLOGIES LLC

Plaintiff(s),

-against-

L-3 COMMUNICATIONS ILEX SYSTEMS, INC.

Defendant(s).

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF ALBANY     )

Susan Palmer-Moore being duly sworn, deposes and says:
Deponent is over the age of eighteen years and is a resident of New York State. That on May 23, 2008 at approximately 1:44 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action, Complaint for Patent Infringement and Rule 7.1

that the corporation served was:

L-3 COMMUNICATIONS ILEX SYSTEMS, INC. , a foreign    business corporation, as the    defendant(s), in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State, located in the City of Albany, New York by delivering to and leaving the papers with Donna Christie , a  white female  with  blonde hair, being approximately: 45-59 years of age; height of 5'2"-5'8"; weight of   131-160   lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

_____
Susan Palmer-Moore

Sworn to before me
May 23, 2008

_____
Megan K. Prest
Commission expires on 12/04/2010
Notary Public State of New York
Appointed in County of Albany
Registration Number 01PR6051748