```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ACTION TECHNOLOGIES L.L.C.,         :
                                    :     08 Civ. 3698 (VM)
              Plaintiff,            :
                                    :
     -against-                      :     ORDER
                                    :
L-3 COMMUNICATIONS ILEX SYSTEMS,    :
INC.,                               :
                                    :
              Defendant.            :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-08

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendant herein on May 23, 2008 and that the answer to the complaint was due by June 12, 2008. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiff(s) herein are directed to inform the Court by July 24, 2008 of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         21 July 2008

_____
VICTOR MARRERO
U.S.D.J.