Poltorak & Associates, P.C.
Elie C. Poltorak, Esq. (EP0770)
*Attorneys for Plaintiff*
1650 Eastern Parkway Suite 400
Brooklyn, NY 11233
Telephone: (718) 943-8815
Facsimile: (718) 943-8816

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>L-3 COMMUNICATIONS ILEX SYSTEMS, INC.,<br><br>Defendant. | Case No.: 08 CV 3698 (VM)<br>ECF Case<br><br>**Notice of Voluntary Dismissal** |

PLEASE TAKE NOTICE that Plaintiff Acticon Technologies LLC hereby respectfully requests that the above entitled action be dismissed.

Dated this 22nd day of July, 2008

Respectfully submitted,

POLTORAK & ASSOCIATES, P.C.

By: _/s/ E. Poltorak_
Elie C. Poltorak, Esq. (EP0770)
*Attorneys for Plaintiff*
1650 Eastern Parkway Suite 400
Brooklyn, NY 11233
Telephone: (718) 943-8815
Facsimile: (718) 943-8816

---

**SO ORDERED.** The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.

**SO ORDERED.**

7-23-08
Date

Victor Marrero, U.S.D.J.